IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**STEPHEN C. HAWES,**            07-CV-112-BR

    **Plaintiff,**            JUDGMENT

v.

**MICHAEL J. ASTRUE,**
Commissioner of Social
Security,

    **Defendant.**

**MAX RAE**
P.O. Box 7790
Salem, OR 97303
(503)363-5424

    Attorney for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney's Office
**BRITANNIA I. HOBBS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
(503) 727-1053

1 - JUDGMENT

**DAVID MORADO**
Regional Chief Counsel
**LEISA A. WOLF**
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA 98104-7075
(206) 615-3621

      Attorneys for Defendant

    Based on the Court's Opinion and Order (#__) issued June 27, 2008, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

    DATED this 30th day of June, 2008.

                                 /s/ Anna J. Brown

                                 ANNA J. BROWN
                                 United States District Judge