FILED'09 FEB 17 16:39USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

STEPHEN C. HAWES,             CV. 07-00112-BR
       Plaintiff,

v.                                 ORDER AWARDING EAJA
                                   ATTORNEY FEES
MICHAEL J. ASTRUE,
Commissioner of Social Security,
       Defendant.

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5052.60, shall be awarded to Plaintiff's attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Payment shall be to Max Rae, Attorney, at P.O. Box 7790, Salem, OR 97303-0175, on behalf of Plaintiff.

DATED this 17th day of February, 2009.

                                   /s/ Anna Brown
                                   United States District Judge

PRESENTED BY:
s/ Max Rae
MAX RAE, OSB#81344
(503) 363-5424
Attorney for Plaintiff, Stephen C. Hawes

Page 1.    ORDER AWARDING EAJA ATTORNEY FEES
              HAWES v. ASTRUE, CV. 07-00112-BR